**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **DISPLAY TECHNOLOGIES, LLC,** | § | |
| | § | **Case No: 6:22-cv-00515** |
| **Plaintiff,** | § | |
| | § | **PATENT CASE** |
| **vs.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **FORD MOTOR COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |
| _____ | § | |

## COMPLAINT

Plaintiff Display Technologies, LLC ("Plaintiff" and/or "Display") files this Complaint against Ford Motor Company ("Defendant" and/or "Ford") for infringement of United States Patent No. 9,300,723 (the " '723 Patent").

## PARTIES AND JURISDICTION

1.      This is an action for patent infringement under Title 35 of the United States Code. Plaintiff is seeking injunctive relief as well as damages.

2.      Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes.

3.      Plaintiff is a Texas limited liability company with a place of business at 1 East Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33301.

4.      On information and belief, Defendant is a Delaware corporation with a principal place of business at 12600 S Torrence Ave, Chicago, IL 60633. On information and belief, Defendant may be served through its registered agent, The Corporation Trust Company, Corporation Trust Center 1209 Orange St, Wilmington, DE 19801.

5.    This Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6.    Upon information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in this District.

## VENUE

7.    On information and belief, venue is proper in this District under 28 U.S.C. § 1400(b) because Defendant is deemed to be a resident of this District. Alternatively, acts of infringement are occurring in this District and Defendant has a regular and established place of business in this District at, for example, Bird-Kultgen Ford, Inc located at 1701 W Loop 340, Waco, TX 76712.

## COUNT I
## (INFRINGEMENT OF UNITED STATES PATENT NO. 9,300,723)

8.    Plaintiff incorporates paragraphs 1 through 7 herein by reference.

9.    This cause of action arises under the patent laws of the United States and, in particular, under 35 U.S.C. §§ 271, *et seq.*

10.    Plaintiff is the owner by assignment of the '723 Patent with sole rights to enforce the '723 Patent and sue infringers.

11.    A copy of the '723 Patent, titled "Enabling social interactive wireless communications," is attached hereto as Exhibit A.

12.    The '723 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

13.    Defendant has infringed and continues to infringe one or more claims, including at least Claim 12 of the '723 Patent by making, using, and/or selling media systems covered by one

or more claims of the '723 Patent.  For example, Defendant makes, uses, and/or sells the Ford car infotainment system, and any similar products ("Product"). Defendant has infringed and continues to infringe the '723 Patent in violation of 35 U.S.C. § 271.

14.    Regarding Claim 12, the Product is configured to receive a media file (e.g., music file or songs video) from a wireless mobile device (e.g., mobile phone) over a communication network (e.g. Bluetooth network).  The wireless mobile device (e.g., mobile phone) sends data (e.g., music file) to the media system.   Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.



Source: https://www.ford.com/support/how-tos/sync/sync-3/sync-3-settings-overview/

**Bluetooth® Streaming** — select to access audio streaming wirelessly from a paired, Bluetooth-enabled mobile phone

Source: https://www.fordservicecontent.com/Ford_Content/catalog/owner_guides/11mftnn1e.pdf

## HOW TO USE BLUETOOTH® AUDIO STREAMING

SYNC allows users to stream music from their Bluetooth-enabled mobile phone and play it through the SYNC audio system in the vehicle.

1. Ensure that the desired music is playing on your paired phone and the phone is in Bluetooth Audio Streaming mode.
2. Press AUX until SYNC appears.
3. Press MENU to access the MEDIA MENU. MEDIA MENU momentarily appears in the radio display. Press OK to access the PLAY MENU.
4. Scroll until SELECT SRC appears. Press OK to confirm.
5. Scroll until BT STEREO appears. Press OK to confirm.
6. The radio display will show the name of the Bluetooth-enabled mobile phone connected to SYNC. MEDIA STREAM will appear in the radio display.

Source: http://pa.motorwebs.com/ford/sync/SYNCHandbook.pdf

15.    The Product includes a wireless receiver (e.g., Bluetooth receiver). Certain aspects of this element are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

**PAIR YOUR PHONE**

Pairing is what allows Bluetooth® devices to communicate with each other securely.  It can only be done when the vehicle is not in motion.

·   Touch the Phone corner

·   Find SYNC appears on the screen along with a 6-digit code

·   Take out your mobile phone and find Bluetooth in the menu (look for this ✴ Bluetooth® symbol). Turn Bluetooth On if it is not already

·   Select SYNC® in the list of Bluetooth devices on your phone and enter the code shown on the touch screen. This code connects your phone to your car.

Source: https://www.fordservicecontent.com/Ford_Content/catalog/owner_guides/11mftnn1e.pdf



**Bluetooth® Streaming —** select to access audio streaming wirelessly from a paired, Bluetooth-enabled mobile phone

Source: https://www.fordservicecontent.com/Ford_Content/catalog/owner_guides/11mftnn1e.pdf

16.     The Product includes a security measure. For example, the Product must be paired and connected by inputting a password and/or Bluetooth code (i.e., a security measure) to a wireless mobile device (e.g., mobile phone) before receiving a media file. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

First, you need to turn on your smartphone, the Escape, and the infotainment system. Then, you will press the Phone button to access the phone menu settings. Next, you will choose to add a phone. From your smartphone's Bluetooth menu, you will search for Sync and select it when it appears. There will be a six-digital PIN displayed on the vehicle's monitor for approximately 3 minutes. This number should appear on your mobile device, and you will need to confirm that the two numbers are matching. You may also manually type in the 6-digit code if needed.

Source: https://www.kingsfordinc.com/blog/the-ultimate-guide-to-the-2020-ford-escape-infotainment-system/



Source: https://www.youtube.com/watch?v=GkGaDE1b5R0

17.     The Product is disposed in an accessible relation to at least one interactive computer network (e.g., Bluetooth network) that has a wireless range structured to permit authorized access (e.g., via pairing code) to said at least one interactive computer network. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

## PAIR YOUR PHONE

Pairing is what allows Bluetooth® devices to communicate with each other securely.  It can only be done when the vehicle is not in motion.

· Touch the Phone corner

· Find SYNC appears on the screen along with a 6-digit code

· Take out your mobile phone and find Bluetooth in the menu (look for this **Bluetooth** symbol). Turn Bluetooth On if it is not already

· Select SYNC® in the list of Bluetooth devices on your phone and enter the code shown on the touch screen. This code connects your phone to your car.

Source: https://www.fordservicecontent.com/Ford_Content/catalog/owner_guides/11mftnn1e.pdf

18.     When the wireless mobile device is within the wireless range, the wireless mobile device is detectable by the media system (e.g., the media system automatically detects a smartphone when the mobile device is within Bluetooth range).  Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

## PAIR YOUR PHONE

Pairing is what allows Bluetooth® devices to communicate with each other securely. It can only be done when the vehicle is not in motion.

- Touch the Phone corner
- Find SYNC appears on the screen along with a 6-digit code
- Take out your mobile phone and find Bluetooth in the menu (look for this ⏹ Bluetooth symbol). Turn Bluetooth On if it is not already
- Select SYNC® in the list of Bluetooth devices on your phone and enter the code shown on the touch screen. This code connects your phone to your car.

Source: https://www.fordservicecontent.com/Ford_Content/catalog/owner_guides/11mftnn1e.pdf

19.    At least one digital media file (e.g., music file) is initially disposed on the wireless mobile device (e.g., the mobile phone includes one or more music files). Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

## HOW TO USE BLUETOOTH® AUDIO STREAMING

SYNC allows users to stream music from their Bluetooth-enabled mobile phone and play it through the SYNC audio system in the vehicle.

1. Ensure that the desired music is playing on your paired phone and the phone is in Bluetooth Audio Streaming mode.
2. Press AUX until SYNC appears.
3. Press MENU to access the MEDIA MENU. MEDIA MENU momentarily appears in the radio display. Press OK to access the PLAY MENU.
4. Scroll until SELECT SRC appears. Press OK to confirm.
5. Scroll until BT STEREO appears. Press OK to confirm.
6. The radio display will show the name of the Bluetooth-enabled mobile phone connected to SYNC. MEDIA STREAM will appear in the radio display.

Source: http://pa.motorwebs.com/ford/sync/SYNCHandbook.pdf

**Bluetooth® Streaming** — select to access audio streaming wirelessly from a paired, Bluetooth-enabled mobile phone

Source: https://www.fordservicecontent.com/Ford_Content/catalog/owner_guides/11mftnn1e.pdf

20.     The media system is structured to detect the wireless mobile device disposed within the wireless range (e.g., media system automatically detects the mobile phone when it is within Bluetooth range). Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

> First, you need to turn on your smartphone, the Escape, and the infotainment system. Then, you will press the Phone button to access the phone menu settings. Next, you will choose to add a phone. From your smartphone's Bluetooth menu, you will search for Sync and select it when it appears. There will be a six-digital PIN displayed on the vehicle's monitor for approximately 3 minutes. This number should appear on your mobile device, and you will need to confirm that the two numbers are matching. You may also manually type in the 6-digit code if needed.

Source: https://www.kingsfordinc.com/blog/the-ultimate-guide-to-the-2020-ford-escape-infotainment-system/



Source: https://www.youtube.com/watch?v=GkGaDE1b5R0

21.    A communication link (e.g., Bluetooth) is structured to dispose the media system and the wireless mobile device (e.g. mobile phone) in a communicative relation with one another via the at least one interactive computer network. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

First, you need to turn on your smartphone, the Escape, and the infotainment system. Then, you will press the Phone button to access the phone menu settings. Next, you will choose to add a phone. From your smartphone's Bluetooth menu, you will search for Sync and select it when it appears. There will be a six-digital PIN displayed on the vehicle's monitor for approximately 3 minutes. This number should appear on your mobile device, and you will need to confirm that the two numbers are matching. You may also manually type in the 6-digit code if needed.

Source: https://www.kingsfordinc.com/blog/the-ultimate-guide-to-the-2020-ford-escape-infotainment-system/



Source: https://www.youtube.com/watch?v=R7rlA5bxg5c

22.     The communication link is initiated by the media system. The devices will automatically connect when the units are in range.  Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

**PAIR YOUR PHONE**

Pairing is what allows Bluetooth® devices to communicate with each other securely.  It can only be done when the vehicle is not in motion.

· Touch the Phone corner

· Find SYNC appears on the screen along with a 6-digit code

· Take out your mobile phone and find Bluetooth in the menu (look for this 🅱 Bluetooth® symbol). Turn Bluetooth On if it is not already

· Select SYNC® in the list of Bluetooth devices on your phone and enter the code shown on the touch screen. This code connects your phone to your car.

Source: https://www.fordservicecontent.com/Ford_Content/catalog/owner_guides/11mftnn1e.pdf

23.    The wireless mobile device and the media system are structured to transmit the at least one digital media file there between via the communication link (e.g., media system allows for the transmission of files between itself and the wireless mobile device; e.g., the mobile device transmits the music file to the media system). Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

First, you need to turn on your smartphone, the Escape, and the infotainment system. Then, you will press the Phone button to access the phone menu settings. Next, you will choose to add a phone. From your smartphone's Bluetooth menu, you will search for Sync and select it when it appears. There will be a six-digital PIN displayed on the vehicle's monitor for approximately 3 minutes. This number should appear on your mobile device, and you will need to confirm that the two numbers are matching. You may also manually type in the 6-digit code if needed.

Source: https://www.kingsfordinc.com/blog/the-ultimate-guide-to-the-2020-ford-escape-infotainment-system/



Source: https://www.youtube.com/watch?v=GkGaDE1b5R0

**Bluetooth® Streaming** — select to access audio streaming wirelessly from a paired, Bluetooth-enabled mobile phone

Source: https://www.fordservicecontent.com/Ford_Content/catalog/owner_guides/11mftnn1e.pdf

## HOW TO USE BLUETOOTH® AUDIO STREAMING

SYNC allows users to stream music from their Bluetooth-enabled mobile phone and play it through the SYNC audio system in the vehicle.

1. Ensure that the desired music is playing on your paired phone and the phone is in Bluetooth Audio Streaming mode.
2. Press AUX until SYNC appears.
3. Press MENU to access the MEDIA MENU. MEDIA MENU momentarily appears in the radio display. Press OK to access the PLAY MENU.
4. Scroll until SELECT SRC appears. Press OK to confirm.
5. Scroll until BT STEREO appears. Press OK to confirm.
6. The radio display will show the name of the Bluetooth-enabled mobile phone connected to SYNC. MEDIA STREAM will appear in the radio display.

Source: http://pa.motorwebs.com/ford/sync/SYNCHandbook.pdf

24.     The communication link is structured to bypass the security measure of the media system for a limited permissible use of the communication link by the wireless mobile device for only transferring the at least one digital media file to, and displaying the at least one digital media file on, the media system (e.g., the media system bypasses the security measure of the Bluetooth network).  Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.



Source: https://www.ford.com/support/how-tos/sync/sync-3/sync-3-settings-overview/

First, you need to turn on your smartphone, the Escape, and the infotainment system. Then, you will press the Phone button to access the phone menu settings. Next, you will choose to add a phone. From your smartphone's Bluetooth menu, you will search for Sync and select it when it appears. There will be a six-digital PIN displayed on the vehicle's monitor for approximately 3 minutes. This number should appear on your mobile device, and you will need to confirm that the two numbers are matching. You may also manually type in the 6-digit code if needed.

Source: https://www.kingsfordinc.com/blog/the-ultimate-guide-to-the-2020-ford-escape-infotainment-system/



Source: https://www.youtube.com/watch?v=GkGaDE1b5R0

**Bluetooth® Streaming** — select to access audio streaming wirelessly from a paired, Bluetooth-enabled mobile phone

Source: https://www.fordservicecontent.com/Ford_Content/catalog/owner_guides/11mftnn1e.pdf

## HOW TO USE BLUETOOTH® AUDIO STREAMING

SYNC allows users to stream music from their Bluetooth-enabled mobile phone and play it through the SYNC audio system in the vehicle.

1. Ensure that the desired music is playing on your paired phone and the phone is in Bluetooth Audio Streaming mode.
2. Press AUX until SYNC appears.
3. Press MENU to access the MEDIA MENU. MEDIA MENU momentarily appears in the radio display. Press OK to access the PLAY MENU.
4. Scroll until SELECT SRC appears. Press OK to confirm.
5. Scroll until BT STEREO appears. Press OK to confirm.
6. The radio display will show the name of the Bluetooth-enabled mobile phone connected to SYNC. MEDIA STREAM will appear in the radio display.

Source: http://pa.motorwebs.com/ford/sync/SYNCHandbook.pdf

25.    Defendant's actions complained of herein will continue unless Defendant is enjoined by this court.

26.    Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

27.    Plaintiff is in compliance with 35 U.S.C. § 287.

## **DEMAND FOR JURY TRIAL**

28.    Rothschild Broadcast Distribution Systems, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff asks the Court to:

(a)     Enter judgment for Plaintiff on this Complaint on all causes of action asserted herein;

(b)     Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receive notice of the order from further infringement of United States Patent No. 9,300,723  (or, in the alternative, awarding Plaintiff running royalties from the time of judgment going forward);

(c)     Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

(d)     Award Plaintiff pre-judgment and post-judgment interest and costs; and

(e)     Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: May 20, 2022.                    Respectfully submitted,


*/s/ Jay Johnson*
**JAY JOHNSON**
State Bar No. 24067322
**D. BRADLEY KIZZIA**
State Bar No. 11547550
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**