# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| **DISPLAY TECHNOLOGIES, LLC,** | § | |
| | § | **Case No: 6:22-cv-00515-ADA-DTG** |
| **Plaintiff,** | § | |
| | § | **PATENT CASE** |
| vs. | § | |
| | § | |
| **FORD MOTOR COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Display Technologies, LLC and Ford Motor Company by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff and Defendant in this Action are dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

Dated: February 17, 2023.

Respectfully submitted,

| | |
|---|---|
| */s/D. Bradley Kizzia* | By: */s/Jennifer Parker Ainsworth* |
| **JAY JOHNSON** | Jennifer Parker Ainsworth |
| State Bar No. 24067322 | TX State Bar No. 00784720 |
| **D. BRADLEY KIZZIA** | jainsworth@wilsonlawfirm.com |
| State Bar No. 11547550 | Wilson, Robertson & Cornelius, P.C. |
| **KIZZIA JOHNSON, PLLC** | 909 ESE Loop 323, Suite 400 |
| 1910 Pacific Ave., Suite 13000 | Tyler, Texas 75701 |
| Dallas, Texas 75201 | Telephone: (903) 509-5000 |
| (214) 451-0164 | Facsimile: (903) 509-5092 |
| Fax: (214) 451-0165 | |
| jay@kjpllc.com | Justin E. Pierce |
| bkizzia@kjpllc.com | JEPierce@venable.com |
| | Charles J. Monterio, Jr. |
| **ATTORNEYS FOR PLAINTIFF** | CJMonterio@venable.com |
| | Venable LLP |
| | 600 Massachusetts Avenue, NW |
| | Washington, D.C. 20001 |
| | Telephone: (202) 344-4569 |
| | Facsimile: (202) 344-8300 |
| | |
| | J. Daniel Kang |
| | JDKang@venable.com |
| | Venable LLP |
| | 1270 Avenue of the Americas, 24th FL |
| | New York, NY 10020 |
| | Telephone: (212) 307-5500 |
| | Facsimile: (212) 307-5598 |
| | |
| | **ATTORNEYS FOR DEFENDANT** |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing document was filed electronically on February 17, 2023, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

*/s/D. Bradley Kizzia*
**D. BRADLEY KIZZIA**
